
RECEIVED
WESTERN DISTRICT OF LA
RT H. SHEMWELL, CLERK
DATE 7/17/08

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **CAMBRIDGE INTEGRATED SERVICES GROUP, INC.** | CIVIL DOCKET NO. 08-316 |
| **VERSUS** | JUDGE HAIK |
| **CONCENTRA INTEGRATED SERVICES, INC.** | MAGISTRATE JUDGE METHVIN |

## R U L I N G

Defendant's Motion to Dismiss Cambridge's Complaint for Declaratory Judgment, Alternatively Motion to Abstain or Stay Proceedings [Doc. 7] is hereby GRANTED IN PART and DENIED IN PART. It is GRANTED IN PART as to Defendant's Motion to Stay Proceedings. It is DENIED IN PART as to Defendant's Motion to Dismiss and Motion to Abstain.

Defendant's Motion for Partial Summary Judgment and Motion to Stay or Abstain [Doc. 20] is hereby GRANTED IN PART and DENIED IN PART. It is GRANTED IN PART as to Defendant's Motion to Stay Proceedings. It is DENIED IN PART as to Defendant's Motion for Partial Summary Judgment and Motion to Abstain.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 17th day of July, 2008.

RICHARD T. HAIK, SR.
CHIEF JUDGE
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA